

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF SAN ANTONIO and SAN ANTONIO WATER SYSTEM, | § | No. 08-23-00302-CV |
| Appellants, | § | Appeal from the |
| v. | § | 225th Judicial District Court |
| ALVIN BAILEY, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2019CI11152) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying Appellants' joint plea to the jurisdiction, and we render judgment that Alvin Bailey's claims against San Antonio Water System and The City of San Antonio are dismissed for want of jurisdiction. We further order Appellee to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF NOVEMBER 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox, and Soto, JJ.